In the Matter of the Estate of LEOPOLD EDELMUTH, Deceased. STERN BROTHERS, Appellant; SIDNEY F. KATZ, Respondent.

Argued January 5, 1943; decided February 25, 1943.

*Bernard I. Kamen* and *Sol S. Ostertag* for appellant.

*Alexander S. Levine, S. F. Katz* and *J. F. Katz* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.